# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2018

Stephen J. Markman,
Chief Justice

158400(62)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

STEVEN SCOTT ZINTMAN,
      Defendant-Appellant.
_____/

SC: 158400
COA: 334574
Marquette CC: 14-053112-FC

      On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation for an application for leave to appeal is GRANTED. The 70-page application submitted on September 27, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2018



Clerk